SARA F. ELMER, Respondent, *v.* THE MUTUAL BENEFIT LIFE ASSOCIATION OF AMERICA, Appellant.

(Argued May 3, 1893; decided June 6, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made June 3, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*E. T. Lovatt* for appellant.

*Austen G. Fox* and *John B. Pine* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.